[No. 9427–8–III.   Division Three.   September 26, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CAREY D. GODWIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 88–1–00014–2, Evan E. Sperline, J., entered July 1, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.

[No. 11495–0–II.   Division Two.   September 29, 1989.]

NICOLE BECK, ET AL, *Respondents,* v. MONTICELLO MEDICAL CENTER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–2–00533–4, Don L. McCulloch, J., entered October 2, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 11694–4–II.   Division Two.   September 29, 1989.]

M.R. MASTRO, ET AL, *Appellants,* v. CATHLEEN D. WADE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–2–02330–7, Robert L. Harris, J., entered January 22, 1988. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 11941–2–II.   Division Two.   September 29, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES WILLIAM BLISS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 87–1–00120–7, Dale M. Nordquist, J., entered April 21, 1988. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.